UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: BELLE INVESTMENTS, LLC § Case No. 19-03205
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Erica R. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $266,838.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distributions to Claimants: $191,197.31    Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $119,514.46

3) Total gross receipts of $541,539.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $230,827.73 (see **Exhibit 2**), yielded net receipts of $310,711.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $152,070.00 | $203,687.65 | $191,197.31 | $191,197.31 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $99,514.46 | $99,514.46 | $99,514.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $152,070.00 | $323,202.11 | $310,711.77 | $310,711.77 |

4) This case was originally filed under chapter 11 on 05/20/2019, and it was converted to chapter 7 on 08/17/2020. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2021         By: /s/ Erica R. Johnson, Trustee
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 179 Belle Forest Cir Unit E-1 Nashville, TN 37221, FEE SIMPLE | 1110-000 | $528,001.10 |
| Ongoing Rents | 1222-000 | $13,138.40 |
| Other Receipts | 1290-000 | $400.00 |
| **TOTAL GROSS RECEIPTS** | | **$541,539.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BELLE INVESTMENTS, LLC | Surplus Funds per Chapter 7 Trustee's Final Report ("TFR") filed 07.12.21 (DE 168); Summary of TFR filed 07.12.21 (DE 169); & Notice of Summary of TFR filed 07.13.21 (DE 171). | 8200-002 | $230,827.73 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$230,827.73** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankers Title and Escrow Corporation | 4110-002 | NA | $66.67 | $66.67 | $66.67 |
| | The Association of Bellevue Office Park | 4110-000 | NA | $1,316.37 | $1,316.37 | $1,316.37 |
| 1 | Renasant Bank | 4110-000 | $152,070.00 | $151,870.11 | $144,379.77 | $144,379.77 |
| 2 | Scott Hodes | 4120-000 | NA | $50,434.50 | $45,434.50 | $45,434.50 |
| | **TOTAL SECURED** | | **$152,070.00** | **$203,687.65** | **$191,197.31** | **$191,197.31** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Erica R. Johnson, Trustee | 2100-000 | NA | $18,797.33 | $18,797.33 | $18,797.33 |
| Trustee, Expenses - Erica R. Johnson, Trustee | 2200-000 | NA | $54.17 | $54.17 | $54.17 |
| Attorney for Trustee Fees - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 3110-000 | NA | $3,412.50 | $3,412.50 | $3,412.50 |
| Attorney for Trustee, Expenses - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 3120-000 | NA | $119.39 | $119.39 | $119.39 |
| Auctioneer Fees - McLemore Auction Company, LLC | 3610-000 | NA | $52,800.11 | $52,800.11 | $52,800.11 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Fees, United States Trustee | 2950-000 | NA | $1,298.90 | $1,298.90 | $1,298.90 |
| Bond Payments - BOND | 2300-000 | NA | $185.10 | $185.10 | $185.10 |
| Costs re Sale of Property - Bankers Title and Escrow Corporation | 2500-000 | NA | $3,181.00 | $3,181.00 | $3,181.00 |
| Costs re Sale of Property - Davidson County Register of Deeds | 2500-000 | NA | $24.00 | $24.00 | $24.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $2,572.76 | $2,572.76 | $2,572.76 |
| Chapter 7 Operating Case Expenses - Comcast | 2690-000 | NA | $280.33 | $280.33 | $280.33 |
| Chapter 7 Operating Case Expenses - John Hunter | 2690-000 | NA | $507.00 | $507.00 | $507.00 |
| Chapter 7 Operating Case Expenses - Nashville Electric Services | 2690-000 | NA | $2,116.10 | $2,116.10 | $2,116.10 |
| Chapter 7 Operating Case Expenses - Trustee Insurance Agency - Senca | 2690-000 | NA | $519.50 | $519.50 | $519.50 |
| Other State or Local Taxes (post-petition) - Davidson County Trustee | 2820-000 | NA | $10,811.44 | $10,811.44 | $10,811.44 |
| Other State or Local Taxes (post-petition) - Bankers Title and Escrow Corporation | 2820-002 | NA | -$975.73 | -$975.73 | -$975.73 |
| Other State or Local Taxes (post-petition) - Davidson County Trustee | 2820-002 | NA | $975.73 | $975.73 | $975.73 |
| Accountant for Trustee Fees (Other Firm) - Tibble and Wesler, CPA PC | 3410-000 | NA | $2,527.75 | $2,527.75 | $2,527.75 |
| Accountant for Trustee Expenses (Other Firm) - Tibble and Wesler, CPA PC | 3420-000 | NA | $126.08 | $126.08 | $126.08 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $99,514.46 | $99,514.46 | $99,514.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - LEFKOVITZ AND LEFKOVITZ, PLLC | 6210-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $20,000.00 | $20,000.00 | $20,000.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Scott Hodes | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | |
|---|---|
| Case No.: 19-03205 | Trustee Name: (620540) Erica R. Johnson, Trustee |
| Case Name: BELLE INVESTMENTS, LLC | Date Filed (f) or Converted (c): 08/17/2020 (c) |
| | § 341(a) Meeting Date: 09/14/2020 |
| For Period Ending: 11/02/2021 | Claims Bar Date: 11/23/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Regions, xxxxxx6358<br><br>08/17/20 - Letter sent to Regions Bank to close account and send remaining balance to trustee.<br><br>09/03/20 - Follow-up email sent to VP of Belle Forest Branch re status of 08.17.20 request. Received an email from VP on 09.04.20 that he has reached out to legal department.<br><br>10/12/20 - Second follow-up email sent to VP of Belle Forest Branch re status of 08.17.20 request.<br><br>Trustee has sufficient funds to pay all claims in full. No need to liquidate this asset. Deemed abandoned. | 71,738.00 | 0.00 | | 0.00 | FA |
| 2 | Desk, Computer, Printers, Filing Cabnet, Laptop. Valuation Method: Comparable sale | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | 179 Belle Forest Cir Unit E-1 Nashville, TN 37221, FEE SIMPLE<br><br>Trustee in the process of selling the real estate. The sale includes this asset and Asset No. 4. The auction closed on 10.07.20. Winning bid went to BAK GLOBAL INVSTMNTS2 LLC for $528,001.10. The closing of the sale will be held on or before November 6, 2020.<br><br>Trustee sold asset to BAK Global Invstmnts2 LLC for $528,001.10 (gross). After adjusting the gross price for items paid by seller in advance (i.e. county taxes in the amount of $975.73) and items unpaid by seller (i.e. assessments in the amount of $66.67), Trustee received $528,910.16. See Trustee's Motion to Sell Real Property filed August 24, 2020 (DE 97); Order Authorizing Sale of Real Property entered September 16, 2020 (DE 120).; Trustee's Statement of Sale filed November 20, 2020 (DE 143); and Amended Trustee's Statement of Sale filed March 11, 2021 (DE 158) for further details. Asset fully administered. | 183,600.00 | 273,538.70 | | 528,001.10 | FA |
| 4 | 179 Belle Forest Cir. Unit 202 Nashville, TN 37221<br><br>Trustee in the process of selling the real estate. The sale includes this asset and Asset No. 3. See Asset No. 3 for further details. | 194,100.00 | 0.00 | | 0.00 | FA |

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 19-03205  Trustee Name: (620540) Erica R. Johnson, Trustee
Case Name: BELLE INVESTMENTS, LLC  Date Filed (f) or Converted (c): 08/17/2020 (c)
§ 341(a) Meeting Date: 09/14/2020
For Period Ending: 11/02/2021  Claims Bar Date: 11/23/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 5 | Ongoing Rents (u)<br><br>Per Order Authorizing Trustee to Operate Business and Pay Operating Expenses entered 08.31.20 (DE 106), Trustee collecting ongoing rents.<br><br>Rents received for September 2020:<br>1. Unit 201-A, B, C: $1,272.00 from Music City Scuba received 09.03.20.<br>2. Unit 202B: $530.00 from Murphy Massage Therapy & Spa received 08.31.20.<br>3. Unit 202C: $530.00 from Lorie H. Adams received 09.03.20.<br>4. Unit 203-D, E, F: $1,113.00 from International Femtoscience Inc. received 09.14.20 (forwarded from old address)<br>5. Unit 204D: $477.00 from Mark B. Thomas received 09.03.20.<br>6. Unit 204-E,F: $950.00 from Harpeth Civil, Inc. received 08.31.20.<br>7. Unit 204G: $550.00 from Scott Isaacs received 08.31.20.<br>8. Unit 204H: $550.00 from Stephanie Blick received 08.31.20.<br><br>Rents received for October 2020:<br>1. Unit 201-A, B, C: $1,272.00 from Music City Scuba received 10.09.20.<br>2. Unit 202B: $530.00 from Murphy Massage Therapy & Spa received 10.09.20.<br>3. Unit 202C: $530.00 from Lorie H. Adams received 10.09.20.<br>4. Unit 203-D, E, F: $1,113.00 from International Femtoscience Inc. received 10.09.20.<br>5. Unit 204D: $477.00 from Mark B. Thomas received 10.09.20.<br>6. Unit 204-E,F: $950.00 from Harpeth Civil, Inc. received 10.09.20.<br>7. Unit 204G: $550.00 from Scott Isaacs received 09.30.20.<br>8. Unit 204H: $550.00 from Stephanie Blick received 09.25.20.<br><br>Rents received for November 2020:<br>1. Unit 201-A, B, C: $1,272.00 from Music City Scuba received 11.10.20.<br>2. Unit 202B: $530.00 from Murphy Massage Therapy & Spa received 11.02.20.<br>3. Unit 202C: $530.00 from Lorie H. Adams received 11.10.20.<br>4. Unit 203-D, E, F: $1,113.00 from International Femtoscience Inc. received 11.02.20.<br>5. Unit 204D: $477.00 from Mark B. Thomas received 11.10.20.<br>6. Unit 204-E,F: $950.00 from Harpeth Civil, Inc. received 11.24.20.<br>7. Unit 204G: $550.00 from Scott Isaacs received 10.29.20.<br>8. Unit 204H: $550.00 from Stephanie Blick received 10.29.20.<br><br>11/18/20 - Check sent to Buyer for its portion of November 2020 Rental Payments received thru 11.18.20 (i.e. 24 days of $5,022.00).<br><br>12/02/20 - Check sent to Buyer for its portion of final November 2020 Rental Payment (i.e. 24 days of $950.00).<br><br>Asset Fully Administered. | 0.00 | 13,138.40 | | 13,138.40 | FA |
| 6 | Other Receipts (u)<br><br>08/31/20 - Received $400.00 made payable to the Debtor from Craig Coleman LLC. | 0.00 | 400.00 | | 400.00 | FA |
| 6 | Assets Totals (Excluding unknown values) | $450,438.00 | $287,077.10 | | $541,539.50 | $0.00 |

**Case No.:** 19-03205  
**Case Name:** BELLE INVESTMENTS, LLC  
**For Period Ending:** 11/02/2021

**Trustee Name:** (620540) Erica R. Johnson, Trustee  
**Date Filed (f) or Converted (c):** 08/17/2020 (c)  
**§ 341(a) Meeting Date:** 09/14/2020  
**Claims Bar Date:** 11/23/2020

**Major Activities Affecting Case Closing:**

08/24/20 - Trustee's Notice of Assets & Request for Notice to Creditors filed. Deadline to file Proof of Claim is 11.23.20. See Docket Entry 98.

10/12/20 - Status Update:
1. Close on sale of real estate located at 179 Belle Forest Circle. See Trustee's Statement of Sale filed 11.20.20 (DE 143).
2. Review claims and file Objections if necessary.
3. Employ accountant to prepare and file estate tax returns. Application to approve employment filed 12.16.20 (DE 149). Order approving employment entered 01.11.21 (DE 151).
4. Applications for compensation for professionals.
5. CLOSE CASE

12/09/20 - Trustee determined that there are sufficient funds to pay all allowed claims in full with surplus funds to distribute to creditors that have not filed claims. Order and Notice to File Claims Against Surplus Funds submitted with the Court. Deadline to file claim is 01.04.21. See Order and Notice of Surplus Funds entered 12.09.20 (Doc 147).

01/29/21 - Received email from accountant that tax returns have been electronically filed and the federal return has been accepted by the IRS.

02/17/21 - Received response to prompt determination request from IRS. The return has been accepted.

04/15/21 - Status Update for Annual Reports for Period Ending March 31, 2021: Orders approving applications for compensation for professionals entered 04.08.21. Orders will be final after 04.22.21. At such time, Trustee to cut checks and submit TFR.

Note: Trustee used Chapter 11 Schedules (Docket Entry 1) and subsequent amendments when compiling Form 1.

**Initial Projected Date Of Final Report (TFR):** 03/31/2021  **Current Projected Date Of Final Report (TFR):** 07/07/2021 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |
|---|---|
| Case No.: | 19-03205 |
| Case Name: | BELLE INVESTMENTS, LLC |
| Taxpayer ID #: | **-***8200 |
| For Period Ending: | 11/02/2021 |

| | |
|---|---|
| Trustee Name: | Erica R. Johnson, Trustee (620540) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******6810 Checking |
| Blanket Bond (per case limit): | $720,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/20 | {5} | Murphy Massage Therapy & Spa | September 2020 Rent for Unit 202B. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 530.00 | | 530.00 |
| 08/31/20 | {5} | Harpeth Civil, Inc | September 2020 Rent for Unit 204-E, F. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 950.00 | | 1,480.00 |
| 08/31/20 | {5} | Scott Isaacs | September 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 500.00 | | 1,980.00 |
| 08/31/20 | {5} | Scott Isaacs | September 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 50.00 | | 2,030.00 |
| 08/31/20 | {5} | Stephanie Blick | September 2020 Rent for Unit 204-H. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 550.00 | | 2,580.00 |
| 08/31/20 | {6} | Craig Coleman LLC | Management fee for building next door. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1290-000 | 400.00 | | 2,980.00 |
| 09/01/20 | 101 | Comcast | Internet Services from 08.19.20 to 09.18.20 for Account No. xxx3729. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 190.22 | 2,789.78 |
| 09/03/20 | {5} | Lorie H Adams | September 2020 Rent for Unit 202C. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 530.00 | | 3,319.78 |
| 09/03/20 | {5} | Music City Scuba | September 2020 Rent for Unit 201-A, B, C. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 1,272.00 | | 4,591.78 |
| 09/03/20 | {5} | Mark B Thomas | September 2020 Rent for Unit 204D. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 477.00 | | 5,068.78 |
| 09/03/20 | 102 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle; Account No. xxx8900. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 215.03 | 4,853.75 |
| 09/03/20 | 103 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle E2; Account No. xxx8902. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 392.50 | 4,461.25 |

Page Subtotals: $5,259.00 $797.75

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/20 | {5} | International Femtoscience Inc | September 2020 Rent for Unit 203-D, E, F. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 1,113.00 | | 5,574.25 |
| 09/14/20 | 104 | Trustee Insurance Agency - Senca | Commercial Insurance Installment Payment (See Invoice 2588). See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 519.50 | 5,054.75 |
| 09/14/20 | 105 | Renasant Bank | September 2020 Payment per Agreed Order Between Trustee and Renasant Bank Regarding Monthly Payments entered 09.08.20 (DE 112). | 4110-000 | | 1,775.73 | 3,279.02 |
| 09/22/20 | 106 | John Hunter | Replaced Interior Door on Suite 202C per Invoice dated 08.20.20. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 257.00 | 3,022.02 |
| 09/25/20 | {5} | Stephanie Blick | October 2020 Rent for Unit 204-H. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 550.00 | | 3,572.02 |
| 09/28/20 | 107 | Comcast | Internet Services from 09.19.20 to 10.18.20 for Account No. xxx3729. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 2690-000 | | 90.11 | 3,481.91 |
| 09/30/20 | {5} | Scott Isaacs | October 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 500.00 | | 3,981.91 |
| 09/30/20 | {5} | Scott Isaacs | October 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for September 2020 filed 10.12.20 (DE 140). | 1222-000 | 50.00 | | 4,031.91 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.12 | 4,024.79 |
| 10/09/20 | {5} | Music City Scuba | October 2020 Rent for Unit 201-A, B, C. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 1,272.00 | | 5,296.79 |
| 10/09/20 | {5} | International Femtoscience Inc | October 2020 Rent for Unit 203-D, E, F. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 1,113.00 | | 6,409.79 |
| 10/09/20 | {5} | Lorie H Adams | October 2020 Rent for Unit 202C. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 530.00 | | 6,939.79 |
| 10/09/20 | {5} | Murphy Massage Therapy & Spa | October 2020 Rent for Unit 202B. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 530.00 | | 7,469.79 |
| 10/09/20 | {5} | Harpeth Civil, Inc | October 2020 Rent for Unit 204-E, F. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 950.00 | | 8,419.79 |

Page Subtotals: $6,608.00 $2,649.46

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/20 | {5} | Mark B Thomas | October 2020 Rent for Unit 204D. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 477.00 | | 8,896.79 |
| 10/13/20 | 108 | Renasant Bank | October 2020 Payment per Agreed Order Between Trustee and Renasant Bank Regarding Monthly Payments entered 09.08.20 (DE 112). See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 4110-000 | | 1,775.73 | 7,121.06 |
| 10/13/20 | 109 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle; Account No. xxx8900. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 2690-000 | | 365.50 | 6,755.56 |
| 10/13/20 | 110 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle E2; Account No. xxx8902. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 2690-000 | | 654.84 | 6,100.72 |
| 10/14/20 | 111 | John Hunter | 2 Service Calls to Repair Plumbing & Replace Ceiling Tiles per Invoice dated 10.05.20. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 2690-000 | | 250.00 | 5,850.72 |
| 10/29/20 | {5} | Stephanie Blick | November 2020 Rent for Unit 204-H. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 550.00 | | 6,400.72 |
| 10/29/20 | {5} | Scott Isaacs | November 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 500.00 | | 6,900.72 |
| 10/29/20 | {5} | Scott Isaacs | November 2020 Rent for Unit 204-G. See Chapter 7 Trustee operating business report for October 2020 filed 11.08.20 (DE 141). | 1222-000 | 50.00 | | 6,950.72 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,940.72 |
| 11/02/20 | {5} | International Femtoscience Inc | November 2020 Rent for Unit 203-D, E, F. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 1,113.00 | | 8,053.72 |
| 11/02/20 | {5} | Murphy Massage Therapy & Spa | November 2020 Rent for Unit 202B. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 530.00 | | 8,583.72 |
| 11/09/20 | | Bankers Title and Escrow Corporation | Sale of 179 Belle Forest Circle, Unit E-1 and Unit 202, Nashville TN 37221 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | | 528,910.16 | | 537,493.88 |

Page Subtotals: $532,130.16 $3,056.07

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {3} | | Contract Sales Price. $528,001.10 | 1110-000 | | | |
| | | | County Taxes Paid by Seller in Advance (18.00) from 11.06.20 to 01.01.21. $474.30 | 2820-002 | | | |
| | | | County Taxes Paid by Seller in Advance (19.00) from 11.06.20 to 01.01.21. $501.43 | 2820-002 | | | |
| | | | HOA Assessments Unpaid by Seller from 11.01.20 to 11.06.20. -$66.67 | 4110-002 | | | |
| 11/09/20 | 112 | Renasant Bank | Payoff First Mortgage re Loan # xxx3669-1 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 4110-000 | | 141,129.84 | 396,364.04 |
| 11/09/20 | 113 | Scott Hodes | Payoff Judgment per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 4120-000 | | 45,434.50 | 350,929.54 |
| 11/09/20 | 114 | McLemore Auction Company, LLC | Auctioneer Commission per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 3610-000 | | 52,800.11 | 298,129.43 |
| 11/09/20 | 115 | Bankers Title and Escrow Corporation | Settlement/Closing Fee per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 2500-000 | | 465.00 | 297,664.43 |
| 11/09/20 | 116 | Bankers Title and Escrow Corporation | Title Insurance per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 2500-000 | | 2,716.00 | 294,948.43 |
| 11/09/20 | 117 | Davidson County Register of Deeds | Recording Fee for Scrivener's Affidavit x 2 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 2500-000 | | 24.00 | 294,924.43 |

Page Subtotals: $0.00 $242,569.45

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/20 | 118 | Davidson County Trustee | 2019 County Taxes re Parcel ID 142040B01800 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | | | 2,629.87 | 292,294.56 |
| | | | Buyer's Portion of Post-Petition Taxes. $474.30 | 2820-002 | | | |
| | | | Seller's Portion of Post-Petition Taxes. $2,155.57 | 2820-000 | | | |
| 11/09/20 | 119 | Davidson County Trustee | 2019 County Taxes re Parcel ID 142040B01900 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | | | 2,780.20 | 289,514.36 |
| | | | Buyer's Portion of Post-Petition Taxes. $501.43 | 2820-002 | | | |
| | | | Seller's Portion of Post-Petition Taxes. $2,278.77 | 2820-000 | | | |
| 11/09/20 | 120 | Davidson County Trustee | 2020 County Taxes re Parcel ID 142040B01800 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 2820-000 | | 3,099.91 | 286,414.45 |
| 11/09/20 | 121 | Davidson County Trustee | 2020 County Taxes re Parcel ID 142040B01900 per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 2820-000 | | 3,277.19 | 283,137.26 |
| 11/09/20 | 122 | The Association of Bellevue Office Park | HOA Dues per Trustee's Motion filed 08.24.20 (DE 97); Order Authorizing Sale entered 09.16.20 (DE 120); & Trustee's Statement of Sale filed 11.20.20 (DE 143); and Amended Trustee's Statement of Sale filed 03.11.21 (DE 158). | 4110-000 | | 1,316.37 | 281,820.89 |
| 11/10/20 | {5} | Music City Scuba | November 2020 Rent for Unit 201-A, B, C. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 1,272.00 | | 283,092.89 |
| 11/10/20 | {5} | Lorie H Adams | November 2020 Rent for Unit 202C. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 530.00 | | 283,622.89 |

Page Subtotals: $1,802.00 $13,103.54

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/20 | {5} | Mark B Thomas | November 2020 Rent for Unit 204D. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 477.00 |  | 284,099.89 |
| 11/18/20 | 123 | BAK Global Invstmnts2 LLC | Buyer's Portion of November 2020 Rental Payments received thru 11.18.20 (i.e. 24 days of $5,022.00). See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-002 | -4,017.60 |  | 280,082.29 |
| 11/18/20 | 124 | Clerk, United States Bankruptcy Court | Court Fee for Motion to Sell Property Free and Clear of Liens filed 08.24.20 (DE 97). | 2700-000 |  | 181.00 | 279,901.29 |
| 11/24/20 | {5} | Harpeth Civil, Inc | November 2020 Rent for Unit 204-E, F. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-000 | 950.00 |  | 280,851.29 |
| 11/24/20 | 125 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle; Account No. xxx8900. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 2690-000 |  | 173.29 | 280,678.00 |
| 11/24/20 | 126 | Nashville Electric Services | Electric Services for 179 Belle Forest Circle E2; Account No. xxx8902. See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 2690-000 |  | 314.94 | 280,363.06 |
| 11/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 313.99 | 280,049.07 |
| 12/02/20 | 127 | BAK Global Invstmnts2 LLC | Buyer's Portion of final November 2020 Rental Payment (i.e. 24 days of $950.00). See Chapter 7 Trustee operating business report for November 2020 filed 12.09.20 (DE 145). | 1222-002 | -760.00 |  | 279,289.07 |
| 12/10/20 |  | Renasant Bank | Over-Pay on Loan xxx669-1. | 4110-000 |  | -301.53 | 279,590.60 |
| 12/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 492.08 | 279,098.52 |
| 01/28/21 | 128 | International Sureties, LTD | Chapter 7 Blanket Bond for 01.01.21 to 1.01.22; Bond #016026373 | 2300-000 |  | 185.10 | 278,913.42 |
| 01/29/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 432.36 | 278,481.06 |
| 02/26/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 416.68 | 278,064.38 |
| 03/23/21 | 129 | LEFKOVITZ AND LEFKOVITZ, PLLC | Attorney for DIP Fees per Agreed Order Resolving U.S. Trustee's Objection to Debtor's Motion for Compensation of Law Firm entered 03.05.21 (DE 156). | 6210-000 |  | 20,000.00 | 258,064.38 |
| 03/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 488.09 | 257,576.29 |
| 04/26/21 | 130 | Tibble and Wesler, CPA PC | Accountant Fees and Expenses per Order Awarding Compensation and Reimbursement of Expenses entered 04.08.21 (DE 163). |  |  | 2,653.83 | 254,922.46 |

Page Subtotals: -$3,350.60 $25,349.83

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 19-03205 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
|---|---|---|---|
| Case Name: | BELLE INVESTMENTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8200 | Account #: | ******6810 Checking |
| For Period Ending: | 11/02/2021 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Accountant Fees. $2,527.75 | 3410-000 | | | |
| | | | Accountant Expenses. $126.08 | 3420-000 | | | |
| 04/26/21 | 131 | ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | Attorney Fees and Expenses per Order Awarding Compensation entered 04.08.21 (DE 164). | | | 3,531.89 | 251,390.57 |
| | | | Attorney Fees. $3,412.50 | 3110-000 | | | |
| | | | Attorney Expenses. $119.39 | 3120-000 | | | |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 412.44 | 250,978.13 |
| 09/03/21 | 132 | Erica R. Johnson, Trustee | Trustee Compensation & Expenses per Chapter 7 Trustee's Final Report ("TFR") filed 07.12.21 (DE 168); Summary of TFR filed 07.12.21 (DE 169); Notice of Summary of TFR filed 07.13.21 (DE 171); & Order Awarding Trustee Compensation and Expenses entered 08.18.21 (DE 177). | | | 18,851.50 | 232,126.63 |
| | | Erica R. Johnson, Trustee | Trustee Compensation $18,797.33 | 2100-000 | | | |
| | | Erica R. Johnson, Trustee | Trustee Expenses $54.17 | 2200-000 | | | |
| 09/03/21 | 133 | Office of the United States Trustee | Distribution payment - Dividend paid at 100.00% of $1,298.90; Claim # 3; Filed: $1,298.90 per Chapter 7 Trustee's Final Report ("TFR") filed 07.12.21 (DE 168); Summary of TFR filed 07.12.21 (DE 169); & Notice of Summary of TFR filed 07.13.21 (DE 171). | 2950-000 | | 1,298.90 | 230,827.73 |
| 09/03/21 | 134 | BELLE INVESTMENTS, LLC | Surplus Funds per Chapter 7 Trustee's Final Report ("TFR") filed 07.12.21 (DE 168); Summary of TFR filed 07.12.21 (DE 169); & Notice of Summary of TFR filed 07.13.21 (DE 171). | 8200-002 | | 230,827.73 | 0.00 |
| | | COLUMN TOTALS | | | 542,448.56 | 542,448.56 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 542,448.56 | 542,448.56 | |
| | | Less: Payments to Debtors | | | | 230,827.73 | |
| | | NET Receipts / Disbursements | | | $542,448.56 | $311,620.83 | |

Exhibit 9
Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-03205 | | **Trustee Name:** | Erica R. Johnson, Trustee (620540) |
| **Case Name:** | BELLE INVESTMENTS, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8200 | | **Account #:** | ******6810 Checking |
| **For Period Ending:** | 11/02/2021 | | **Blanket Bond (per case limit):** | $720,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6810 Checking | $542,448.56 | $311,620.83 | $0.00 |
| | **$542,448.56** | **$311,620.83** | **$0.00** |